UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS MATHERNE, JR.<br>AND NICOLE MATHERNE | CASE # 19-11238 |
| Debtors | CHAPTER 7 |
| | SECTION " A" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EX-PARTE ORDER OF DISMISSAL

Considering the Ex Parte Motion to Dismiss Case filed by the Debtors **(P-31)**;

**IT IS ORDERED,** that the Motion is granted and the bankruptcy proceeding for the above referenced debtors be and the same hereby is dismissed, without prejudice.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 22, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge